IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BUCKEYE TRANSPLANT SERVICES, LLC,<br><br>   Plaintiff,<br><br>-v-<br><br>UNITED NETWORK FOR ORGAN SHARING,<br><br>   Defendant. | Civil Action No.<br>3:23-cv-00427-REP |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this proceeding, without prejudice. The parties have agreed that this action shall not constitute a "previous action" pursuant to Fed. R. Civ. P. 41(d).

Dated: July 9, 2023

Respectfully submitted,

  /s/
Ellis L. Bennett (Virginia Bar No. 71685)
Stephen D. Graeff (Virginia Bar No. 77720)
DUNLAP BENNETT & LUDWIG
8300 Boone Boulevard, Suite 550
Vienna, VA 22182
Telephone: (703) 636-1667
Facsimile:  (703) 777-3656
E-mail: ebennett@dbllawyers.com
  sgraeff@dbllawyers.com

Ben D. Kappelman (*pro hac vice*)
Ellie Soskin (*pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
E-mail: kappelman.ben@dorsey.com
       soskin.ellie@dorsey.com

Wendy M. Feng (*pro hac vice*)
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
E-mail: feng.wendy@dorsey.com

*Counsel for Plaintiff Buckeye Transplant Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy via email on the following:

Nathan A. Kottkamp, Esq.
Williams Mullen
200 S 10th St Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6028
Fax: (804) 420-6507
Email: nkottkamp@williamsmullen.com

*Counsel for Defendant United Network
for Organ Sharing*

/s/
Ellis L. Bennett